(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852
mcoleman@nuttallcoleman.com

ATTORNEYS FOR Defendant, HECTOR GOMEZ

UNITED STATES DISTRICT COUNT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>HECTOR GOMEZ,<br><br>Defendants. | Case No: **1:20-CR-00175-DAD-BAM**<br><br>**WAIVER OF APPEARANCE<br>AND<br>ORDER** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY

OFFICE and/or ITS REPRESENTATIVES:

Defendant, HECTOR GOMEZ, by and through his attorney MARK W. COLEMAN, of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving his appearance at the Status Conference currently scheduled for August 25, 2021 at 1:00 p.m., before Magistrate Judge Barbara A. McAuliffe.

The reason for this request is that Mr. Gomez lives in Nebraska.

Mr. Gomez has been in continued contact with his attorney and gives his attorney full power to act on his behalf.  The matter of the Status Conference has been discussed and Mr. Gomez is satisfied that all relative matters have been adequately discussed.

///

///

It is hereby requested that Hector Gomez appearance at the hearing on August 25, 2021, at 1:00 p.m. be excused.

DATED: August 10, 2021.            Respectfully submitted,

NUTTALL & COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
HECTOR GOMEZ

## **ORDER**

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant, HECTOR GOMEZ, is hereby excused from appearing at the Status Conference currently scheduled for August 25, 2021, at 1:00 p.m.

IT IS SO ORDERED.

Dated:   **August 11, 2021**            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE