PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>QUINTIN JEUH CARLOS-BANUELOS and HECTOR GOMEZ<br><br>  Defendants. | CASE NO. 1:20-CR-00175-NODJ-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER THEREON |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on March 18, 2024, at 9:00 a.m. Per the Court's request, the parties now seek to continue the change of plea hearing to March 22, 2024, at 8:30 a.m. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing.

2. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes case includes voluminous investigative reports, wire interceptions recordings and electronic messages, precise location information data, and cellular phone downloads, totaling thousands of pages of discovery and several gigabytes of electronic data.

      b)      Defense counsel requests the additional time to prepare for the change of plea hearing, meet with his client, and review/negotiate the plea agreement.

      c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Time has already been excluded beyond the proposed change of plea hearing date.

IT IS SO STIPULATED.

Dated:  February 27, 2024                                     PHILLIP A. TALBERT
                                                                          United States Attorney

                                                        By:  /s/ JUSTIN J. GILIO
                                                                   JUSTIN J. GILIO
                                                                   Assistant United States Attorney

Dated: February 27, 2024                                        /s/ *Victor Chavez*
                                                                   Attorney for Defendant
                                                                   QUINTIN JEUH CARLOS-BANUELOS

Dated: February 27, 2024                                        /s/ *Mark Coleman*
                                                                   Attorney for Defendant
                                                                   HECTOR GOMEZ

**ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from March 18, 2024, to **March 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time was previously excluded through May 14, 2024.

IT IS SO ORDERED.

Dated:  **March 7, 2024**          /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE