MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, CA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com


ATTORNEYS FOR Defendant,
        HECTOR GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR GOMEZ, <br><br> Defendant. | Case No. 1:20-CR-00175-NODJ-BAM <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

    IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for July 15, 2024, at 8:30 a.m., be continued to September 9, 2024, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

    This continuance is requested by counsel for Defendant, HECTOR GOMEZ, due to the fact that counsel is not available on July 15, 2024.

    Counsel for Defendant has communicated with Assistant U.S. Attorney, Justin Gilio, who has no objection to this continuance.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: May 28, 2024. | Respectfully Submitted, |
| 2 | | LAW OFFICE OF MARK W. COLEMAN |
| 3 | | /s/ Mark W. Coleman |
| 4 | | MARK W. COLEMAN |
| | | Attorney for Defendant, |
| 5 | | HECTOR GOMEZ |
| 6 | Dated: May 28, 2024. | UNITED STATES ATTORNEY'S OFFICE |
| 7 | | /s/ Justin Gilio |
| 8 | | JUSTIN GILIO |
| | | Assistant U.S. Attorney |

\* \* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from July 15, 2024, to **September 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 29, 2024**         /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

2