ERIC GRANT
United States Attorney
NICHOLAS ENRICO KARP
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00175-TLN-EPG |
|---|---|
| Plaintiff, | **SEALING ORDER** |
| v. | |
| HECTOR GOMEZ, | |
| Defendant. | |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that Exhibit 2 to the United States' Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) in the above-captioned matter be and is hereby ordered SEALED until further order of this court, except that a copy of the United States' Opposition to Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A), including Exhibit 2, shall be served to the defendant in conformity with Federal Rule of Criminal Procedure 49.

DATED: January 21, 2026

_____
Troy L. Nunley
Chief United States District Judge

1